ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Paul B. Snyder
Chapter 7
Hearing Location: Tacoma
Hearing Date: February 24, 2011
Hearing Time: 9:00 am
Response Date: February 17, 2011

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Robert Ross Main Helnore

Debtor.

No.: 10-47667-PBS

ORDER GRANTING RELIEF FROM STAY TO U.S. BANK N.A.

This matter came before the Court upon U.S. Bank N.A.'s motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of U.S. Bank N.A.'s motion and further as to the property located at 10320 140th Street Court East Unit #71, Puyallup, Washington 98374 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to U.S. Bank N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank N.A.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

Case 10-47667-PBS    Doc 30    Filed 02/21/11    Entered 02/21/11 10:58:41    Page 1 of 2

correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

FEB 2 2 2011

U.S. Bankruptcy Judge Paul B. Snyder

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Aaron Masser
Aaron Masser, WSBA# 32692
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ✦ FACSIMILE (425) 458-2131

Case 10-47667-PBS    Doc 30    Filed 02/21/11    Entered 02/21/11 10:58:41    Page 2 of 2